# EXHIBIT G



**MAILING ADDRESS:**
2400 Freeman Mill Road
Ste. 200
Greensboro, NC 27406
336-333-9899
336-333-9894 Fax

**800.288.1.LAW**
800.288.1529

CrumleyRoberts.com

WE STAND UP FOR YOU®

March 25, 2020

**BY FACSIMILE: 1.402.361.1460**
**HARD COPY BY REGULAR MAIL**
Claims Shared Services
The Lincoln National Life Insurance Company
Post Office Box 2337
Omaha, NE 68103

      RE:    Claimant: David Norman Pellin
                 Claim Number: 1140000561
                 Policy Number: 00001010804800000

Dear Sir/Madame:

I hope this finds you well.

As you are aware, this firm represents David Norman Pellin in his appeal for long-term disability benefits with Lincoln Financial Group. Please accept this as our second appeal of the termination of disability benefits on behalf of Mr. Pellin.

At this time, we request that Lincoln conduct an independent review of Mr. Pellin's first appeal and the documents submitted with that appeal, as well as the supplemental documents submitted thereafter. We reserve the right to supplement any additional documents on Mr. Pellin's behalf, should we become aware of any.

Thank you for your time and consideration of this request.

Sincerely,
CRUMLEY ROBERTS, LLP

D. Tyler Nabors
Attorney